IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHARINE ANN FREDRIKSEN<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONSOL ENERGY INC.<br><br>　　　　　Defendant. | Civil Action No. 2:18-CV-00379<br><br>Honorable Marilyn J. Horan<br>United States District Judge |

### [PROPOSED] ORDER

AND NOW, after consideration of CONSOL Energy Inc.'s Motion for Leave to File a Reply in Support of its Motion to Strike the "Supplemental" Expert Report of John Petrancosta and Preclude the Introduction of Damages Calculations Not Disclosed During Discovery, it is hereby ORDERED that said Motion is GRANTED, and that CONSOL is permitted to file a brief reply in the form attached to the foregoing Motion as Exhibit 1.

　　　　　IT IS SO ORDERED, this _____ day of _____ 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. MARILYN J. HORAN
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE